Decedent, Appellant, v. Emma S. Riley and Eugene Riley, Respondents. — Judgment unanimously affirmed, with costs.

Lewis Golub, Respondent, v. George I. Landy, Appellant.— Judgment affirmed, with costs. All concurred, except Smith, P. J., dissenting.

The People of the State of New York, Respondent, v. Joseph Tylkoff, Appellant.— Judgment affirmed. All concurred.

The People of the State of New York, Appellant, v. Michael Quinn, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application of Evans R. Dick and Others, Copartners, Doing Business as Dick Brothers and Company, Respondents, for a Peremptory Writ of Mandamus against William Sohmer, as Comptroller of the State of New York, Appellant.— Final order unanimously affirmed, with costs.

---

## FOURTH DEPARTMENT, JANUARY, 1914.

Francelia Hobart, as Administratrix, etc., Appellant, v. Town of Tully, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Henry Wiskin, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Irving R. Gardinier, Respondent, v. William Albrecht, Jr., Appellant.— Motion granted and appeal dismissed; with costs.

Joseph Kascielniek, Appellant, v. Pennsylvania Railroad Company, Respondent.— Appeal dismissed, without costs, upon stipuation filed.

John J. Gerstner, Respondent, v. Esther Friedman and Daniel Friedman, Appellants, Impleaded, etc.— Appeal dismissed, with costs, in accordance with stipulation filed.

In the Matter of the Application of George H. Marvin, Respondent, for the Removal of Harry S. Lewis and William F. MacGlashan, Doing Business under the Name of the Beaver Manufacturing Company, Appellants, and Armour & Company (a Corporation) from Certain Premises in the City of Buffalo.— Order reversed, with costs, and proceeding dismissed, with costs, upon the authority of *Kramer* v. *Amberg* (15 Daly, 205; affd. upon opinion of court below, 115 N. Y. 655). All concurred.

Nellie Davis, as Administratrix, etc., Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the finding of the jury that the defendant was guilty of negligence is contrary to and against the weight of the evidence. All concurred.

Szczepan Przytula, as Executor, etc., Respondent, v. Empire State Degree of Honor, Appellant.— Order modified so as to provide that in addition to the twenty dollars imposed by the order appealed from there shall be imposed all costs of the action accruing subsequent to the notice of trial, and as so modified the order is affirmed, with ten dollars costs and disbursements of this appeal to the appellant. All concurred.